| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Daniel E. Becnel, Jr.<br>Becnel Law Firm, L.L.C.<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084-2095<br>Telephone: (985) 536-1186<br>Facsimile: (985) 536-6445<br>Attorneys for Plaintiffs | **FILED**<br>JUL 27 2010<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-1879 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Norvill Adkins, et al.,<br><br>                              Plaintiffs<br>vs.<br><br>Pfizer Inc,<br><br>                              Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Margaret Clevinger, Benjamin Patrick, and Patsy Swiger, in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees

-1-

and costs.

DATED: July 22, 2010     By: _____

BECNEL LAW FIRM, L.L.C.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

*Attorneys for Plaintiffs*

DATED: July 22, 2010     By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: July 23, 2010

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**